Weber v Palin    Doc. 1



RECEIVED
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ARNO WEBER
13350 Westwind Drive
Anchorage, Alaska 99516
(907) 345 - 2388
*Pro Se*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| ARNO WEBER, </br></br> Plaintiff, </br></br> Vs. </br></br> SARAH PALIN, GOVERNOR </br> OF THE STATE OF ALASKA </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) No. A - 08 - 192 CV RRB </br> ) </br> ) </br> ) |

## COMPLAINT

AND NOW, comes the Plaintiff, ARNO WEBER, proceeding *pro se*, and for his complaint against Defendant, SARAH PALIN, GOVERNOR OF THE STATE OF ALASKA, charges as follows:

### Exhaustion

All administrative remedies have been exhausted.

Complaint
Weber v. Palin
Page 1 of 8

dockets.Justia.com

## Jurisdiction

Weber is a resident of the geographical area comprising the United States District Court District of Alaska and has resided therein at all times relevant herein.

Elements acting under color of Defendant's authority acted under color of law to violate Weber's constitutional rights, in clear, flagrant, and willful violation of 42 U.S.C. § 1983.

Jurisdiction is conferred on this Court by the provisions of 28 U.S.C. § 1331, and 42 U.S.C. § 1983, 1985, 1988, and others.

## Statement of Facts

1. Plaintiff was stabbed in the eye by Lea Hott, acting under color of State of Alaska Department of Corrections' authority, in Echo Mod of "Cook Inlet Pre Trial," now known as Anchorage Correctional Complex West, on or about May 20th, 1998 at least in part because the correctional officer left to fetch coffee.

2. The officer was complicit because when he returned, he said "All we have to do now is get your other one."

3. Justice in this case is best served by granting injured parties a full, fair, and open hearing before an unbiased tribunal.

**Real Injury or wrong**

## COUNT I

Elements acting under color of Defendant's authority illegally stabbed Plaintiff in the eye.

## COUNT II

Elements acting under color of Defendant's authority illegally, negligently, and intentionally inflicted serious permanent injury to a vital organ.

## COUNT III

Elements acting under color of Defendant's authority acted

under color of authority in engaging in the acts referred to herein.

## COUNT IV

Elements acting under color of Defendant's authority illegally inflicted emotional distress.

## COUNT V

Elements acting under color of Defendant's authority has deprived Weber of a liberty interest protected by Article VIII of the Constitution of the United States and has therefore violated provisions of 42 U.S.C. § 1983.

## COUNT VI

Elements acting under color of Defendant's authority acted deliberately and negligently in violation of law and caused offense to the traditional notions of due process, justice, and fair play.

## COUNT VII

Elements acting under color of Defendant's authority illegally interfered with Weber's civil rights.

## COUNT VIII

Elements acting under color of Defendant's authority illegally, tortuously, and with callous disregard, denied Weber equal protection of the law in violation of Article XIV of the U.S. Constitution.

## COUNT IX

Elements acting under color of Defendant's authority illegally inflicted cruel and unusual punishment on Weber in violation of the 8th Amendment of the United States.

## COUNT X

Elements acting under color of Defendant's authority violated Federal law by acting under authority of the law to illegally deprive Weber of his rights to due process protected by the U.S. Constitution and laws of the United States.

## COUNT XI

The State Courts erred in failing to give due consideration to the issues at hand.

## COUNT XII

The State courts made their findings on speculation where they should have based their decisions on clear and convincing evidence.

**Relief**

WHEREFORE Weber respectfully prays for a judgment against Defendant, SARAH PALIN, GOVERNOR OF THE STATE OF ALASKA as follows:

1. That Defendant pay punitive and compensatory damages to Weber.

2. That Defendant pay damages in an amount yet to be determined.

3. That Defendant pay punitive damages for the violations

of Weber's civil rights as set forth herein.

4. That Defendant pay damages for the intentional, illegal, and negligent infliction of serious permanent injury to a vital organ.

5. That Defendant pay damages for the intentional infliction of emotional distress caused Weber.

6. That the amount of damages claimed exceeds $ 50,000.00, the exact amount to be determined by consensus, and for leave of the Court to conform to said consensus.

7. Injunctive relief in the form of assistance in recovering Weber's paperwork from Alaska Department of Corrections.

8. Injunctive relief in the form of an investigation into the identities of any and all co-conspirators and their contact information for further action.

9. Injunctive relief in the form of an investigation into any possible motives as to conspirators instigation of assault.

10. For such other just and equitable relief deemed appropriate by the court.

RESPECTFULLY SUBMITTED this 12th day of August, 2008 at Anchorage, Alaska.

                                                  ARNO WEBER
                                                 *Pro se*

